# United States Court of Appeals
# for the Federal Circuit

———————————

February 22, 2017

## ERRATA

———————————

Appeal No. 2016-2433, 2016-2514

**METALCRAFT OF MAYVILLE, INC.,
DBA SCAG POWER EQUIPMENT,**
*Plaintiff-Appellee*

**v.**

**THE TORO COMPANY,
EXMARK MANUFACTURING CO., INC.,**
*Defendants-Appellants*

Decided: February 16, 2017
Precedential Opinion

———————————

Please make the following change:

On page 1, in the lower court information, change "Chief Judge Rudolph T. Randa" to "Judge Rudolph T. Randa."